**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**STEPHEN J. PRONAI, Prosecuting Attorney of Madison County, Ohio,**

    **Plaintiff,**

vs.

    Civil Action 2:10-cv-00685
    Judge Algenon L. Marbley
    Magistrate Judge E. A. Preston Deavers

**GREG A. BELL,** *et al.*,

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 17, 2010 Opinion and Order, the Court ADOPTS the Report and Recommendation; OVERRULES the Defendants' Objections. The Court SUA SPONTE REMANDS this action to the Common Pleas Court of Madison County, Ohio.

Date: **November 17, 2010**      **James Bonini, Clerk**

                                              s/Betty L. Clark
                                              Betty L. Clark/Deputy Clerk